**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| GLENN R. EDWARDS, INC., *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> THE TRAVELERS COMPANIES, INC., ) <br> *et al.*, ) <br> ) <br> Defendants. ) | Case No. 4:20-cv-00877-MTS |

## ORDER OF DISMISSAL

In accordance with the Memorandum and Order entered this same date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that this matter is **DISMISSED** with prejudice.

Dated this 11th day of August, 2021.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE